NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**LOCATION BASED SERVICES, LLC,**
*Plaintiff-Appellant*

**v.**

**NIANTIC, INC.,**
*Defendant-Appellee*

———————————

2018-1464

———————————

Appeal from the United States District Court for the Northern District of California in No. 5:17-cv-04413-NC, Magistrate Judge Nathanael M. Cousins.

———————————

## JUDGMENT

———————————

NEAL MASSAND, Ni, Wang & Massand, PLLC, Dallas, TX, argued for plaintiff-appellant. Also represented by STEVENSON MOORE V.

DARIN W. SNYDER, O'Melveny & Myers LLP, San Francisco, CA, argued for defendant-appellee. Also represented by LUANN LORAINE SIMMONS; BRADLEY GARCIA, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 9, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court